UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MUSA AMIN,                                      )
                                                )
        Plaintiff,                              )
                                                )
        v.                                      )          Civil Action No.  09-1581 (PLF)
                                                )
NYACK SCHOOL OF ADULT AND                       )
DISTANCE EDUCATION et al.,                      )
                                                )
        Defendants.                             )
_____)

ORDER

        For the reasons stated in the accompanying Memorandum Opinion, it is hereby

        ORDERED that the defendants' response, construed as a motion to dismiss [17],

is GRANTED; and it is further

        ORDERED that the complaint is DISMISSED with prejudice.


                                        /s/_____
                                        PAUL L. FRIEDMAN
DATE:  May 7, 2010                      United States District Judge